**No. 10-7798. Armando Miranda, Petitioner v. United States.**

562 U.S. 1161, 131 S. Ct. 969, 178 L. Ed. 2d 797, 2011 U.S. LEXIS 364.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 393 Fed. Appx. 243.

**No. 10-7801. Michael Antrantrino Lee, Petitioner v. United States.**

562 U.S. 1161, 131 S. Ct. 969, 178 L. Ed. 2d 797, 2011 U.S. LEXIS 139.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 385 Fed. Appx. 345.

**No. 10-7806. Bryan Laurienti, Petitioner v. United States.**

562 U.S. 1161, 131 S. Ct. 969, 178 L. Ed. 2d 797, 2011 U.S. LEXIS 242.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 611 F.3d 530.

**No. 10-7810. Feliciano Memije-Santos, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 970, 178 L. Ed. 2d 797, 2011 U.S. LEXIS 131.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 394 Fed. Appx. 437.

**No. 10-7818. Felix Gabriel Castro-Davis, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 970, 178 L. Ed. 2d 797, 2011 U.S. LEXIS 383.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 612 F.3d 53.

**No. 10-7819. Michael A. Diaz, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 970, 178 L. Ed. 2d 797, 2011 U.S. LEXIS 33.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 394 Fed. Appx. 120.

**No. 10-7823. Willie Dee Crumpler, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 970, 178 L. Ed. 2d 797, 2011 U.S. LEXIS 505.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 393 Fed. Appx. 321.

**No. 10-7825. Luis Alfredo Delgado, Petitioner v. United States.**

562 U.S. 1162, 131 S. Ct. 970, 178 L. Ed. 2d 797, 2011 U.S. LEXIS 192.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 394 Fed. Appx. 467.